# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONDRA JENNINGS,<br><br>    Plaintiff,<br><br>v.<br><br>LOANCARE, LLC, IMPAC MORTGAGE CORP., THE REALTY GROUP,<br><br>    Defendants. | Case No: 1:18-cv-05088-SCJ-JKL |

## LOANCARE AND IMC'S MOTION TO DISMISS

COME NOW, LoanCare, LLC ("LoanCare") and IMPAC Mortgage Corp. ("IMC"), and respectfully move this Court for an order dismissing the Plaintiff's Complaint [Doc. 1] with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6). In support of this Motion, LoanCare and IMC are contemporaneously filing their memorandum of law containing arguments and citation of authorities.

WHEREFORE, LoanCare and IMC pray for the following relief:

(a)     That this Court grant their Motion to Dismiss based on the Plaintiff's failure to state a claim upon which relief can be granted; and

(b)     For such other and further relief as this Court deems just and proper.

Respectfully submitted, this 19th day of December, 2018.

>/s/ Bret J. Chaness
>BRET J. CHANESS (GA Bar No. 720572)
>**RUBIN LUBLIN, LLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, GA 30071
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com
>
>*Attorney for LoanCare, LLC and IMPAC Mortgage Corp.*

## **FONT CERTIFICATION**

The undersigned counsel hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 19th day of December, 2018.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 19th day of December, 2018, filed the within and foregoing by CM/ECF, which will serve notice on all parties.

>   */s/ Bret J. Chaness*
>   BRET J. CHANESS (GA Bar No. 720572)